UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JACKSON, et al.,   )   Plaintiffs,   )   v.   )   TIC- THE INDUSTRIAL COMPANY,   )   Defendant.   ) | Case No.: 1:13-cv-02088 - AWI - JLT   ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On March 24, 2014, the Court ordered the matter to arbitration and stayed this action. (Doc. 13) At that same time, the Court ordered, "Every 120 days **and** no later than 30 days after the issuance of the arbitrator's decision, counsel **SHALL** file a joint status report." Id. at 16. Despite this, the parties have failed to file even one status report. Therefore, within 14 days, the parties are ordered to show cause why sanctions should not be imposed for their failure to comply with the Court's orders.

**Failure to comply with this order may result in the imposition of sanctions up to and including dismissal of the action or entry of default**.

IT IS SO ORDERED.

Dated:   **October 1, 2014**            /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

1