UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JACKSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TIC- THE INDUSTRIAL COMPANY,<br><br>    Defendant. | )<br>)  Case No.: 1:13-cv-02088 - AWI - JLT<br>)<br>)  ORDER DISCHARGING ORDER TO SHOW<br>)  CAUSE<br>)<br>)  (Doc. 14)<br>)<br>)<br>) |

In response to the Court's order to show cause, counsel have filed a joint report updating the Court on the progress of the arbitration. (Doc. 15) Counsel explain also that it was through inadvertence that they failed to note their obligation to provide regular status reports to the Court. Id. at 3.  Therefore, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

    Dated:  **October 2, 2014**              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE