1
2
3
4                        UNITED STATES DISTRICT COURT
5                       EASTERN DISTRICT OF CALIFORNIA
6                            BAKERSFIELD DIVISION
7

8   JOSEPH JACKSON, an individual;          Case No.  1:13-CV-02088-AWI-JLT
    DARRIN BLACKMON, an
9   individual; LASHONDA BROWN,             Judge Anthony W. Ishii, Courtroom 2
    an individual; PATRICK
10  MITCHELL, an individual;                **ORDER DISMISSING ACTION
                                            WITH PREJUDICE**
11              Plaintiffs,
                                            **[FED. R. CIV. P. 41(a)]**
12  v.

13  TIC - THE INDUSTRIAL
    COMPANY, a Delaware corporation
14  d/b/a THE INDUSTRIAL
    COMPANY; and DOES 1 through
15  50, inclusive,

16              Defendants.

17

18          Pursuant to the joint stipulation for dismissal with prejudice filed May 7, 2015

19  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

20          IT IS HEREBY ORDERED, that this matter be dismissed with prejudice, each

21  party shall bear its own costs and attorneys' fees, except as otherwise may be

22  allocated in the Parties' settlement agreement. The Court will retain jurisdiction to

23  enforce the parties' Settlement Agreement. The Clerk is directed to close this case.

24
    IT IS SO ORDERED.
25
    Dated:  May 8, 2015          _____
26                                SENIOR  DISTRICT  JUDGE
27
28

1